ACCEPTED
03-14-00738-CV
5865989
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 3:21:03 PM
JEFFREY D. KYLE
CLERK

**03-14-00738-CV**

In the Court of Appeals
For the Third District of Texas at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 3:21:03 PM
JEFFREY D. KYLE
Clerk

**Elness, Swenson, Graham Architects, Inc.,**
*Appellant and Cross-Appellee*,

**v.**

**RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP,
and RLJ Lodging Fund II Acquisitions, LLC,**
*Appellees and Cross-Appellants*.

On Appeal from the
200th Judicial District Court of Travis County, Texas
Cause Number: D-1-GN-002325
The Honorable Stephen Yelenosky, Presiding Judge

**APPELLANT'S UNOPPOSED MOTION TO EXTEND
TIME TO FILE REPLY BRIEF**

*Attorneys for Appellant and Cross-Appellee*

| MACDONALD DEVIN, PC | Gregory N. Ziegler |
| --- | --- |
| 3800 Renaissance Tower | Texas Bar No. 00791985 |
| Dallas, Texas 75270 | GZiegler@MacdonaldDevin.com |
| 214.744.3300 telephone | **Weston M. Davis** |
| 214.747.0942 facsimile | Texas Bar No. 24065126 |
| | WDavis@MacdonaldDevin.com |
| | **Steven R. Baggett** |
| | Texas Bar No. 01510680 |
| | SBaggett@MacdonaldDevin.com |

## IDENTITY OF PARTIES AND COUNSEL

**Defendant/Appellant/Cross-Appellee**

Elness, Swenson, Graham Architects, Inc.

**Counsel for Defendant/Appellant/Cross-Appellee**

Gregory N. Ziegler
Texas Bar No. 00791985
Steven R. Baggett
Texas Bar No. 01510680
Weston M. Davis
Texas Bar No. 24065126
MACDONALD DEVIN, PC
1201 Elm Street
3800 Renaissance Tower
Dallas, Texas  75270
214.744.3300   Telephone
214.747.0942   Facsimile

**Counsel for Plaintiff/Appellee/Cross-Appellant**

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP, and RLJ Lodging
Fund II Acquisitions, LLC
    *represented by*
Michael Huddleston
Stephen Gibson
Benton T. Wheatley
Tracy L. McCreight
Jessica C. Neufeld
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Ave, Suite 3050
Austin, Texas  78701
512.391.6100 Telephone
512.391.6149  Facsimile

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), the Appellant and Cross-Appellee, Elness, Swenson, Graham Architects, Inc. ("ESG"), files this Unopposed Motion to Extend Time to File Appellant's Reply Brief. ESG's reply brief is currently due on July 1, 2015. Counsel for ESG requests a 15-day extension of time to file its brief, making the brief due on July 16, 2015. This is the first request for extension of time to file ESG's reply brief. ESG and RLJ each previously requested one 30-day extension of time to file the Appellant's and Cross-Appellant's opening briefs and one 30-day extension of time to file corresponding response briefs.

In addition to the routine matters that counsel must attend to in daily practice, counsel for ESG is preparing for the following matters:

1. Mediation of six related cases for breach of contractual duties involving healthcare services on July 7, 2015;

2. *Poulos v. Neidich*, No. 2013-CA-11693, in the Circuit Court for the Fifteenth Judicial Circuit in Palm Beach County Florida, Preparation for Trial Setting on August 17, 2015; and

3. *Suncoast Post-Tension v. Peter Scoppa, et al.*, No. 4:13-cv-3125, in the United States District Court for the Southern District of Texas, preparation for docket call and trial on August 28, 2015.

Counsel for ESG seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

Counsel for ESG has conferred with Michael W. Huddleston, counsel for the Cross-Appellant, and he has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, ESG requests that this Court grant this Unopposed Motion to Extend Time to File Appellant's Reply Brief and extend the deadline for filing Appellant's Reply Brief up to and including July 16, 2015. ESG requests all other relief to which it may be entitled.

Respectfully submitted,

**MACDONALD DEVIN, PC**

By:   /s/ Weston M. Davis
    **Gregory N. Ziegler**
    Texas Bar No. 00791985
    GZiegler@MacdonaldDevin.com
    **Steven R. Baggett**
    Texas Bar No. 01510680
    GZiegler@MacdonaldDevin.com
    **Weston M. Davis**
    Texas Bar No. 24065126
    WDavis@MacdonaldDevin.com

1201 Elm Street
3800 Renaissance Tower
Dallas, Texas 75270
214.744.3300 telephone
214.747.0942 facsimile

**Attorneys for Appellant**
**Elness, Swenson, Graham Architects, Inc.**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing Unopposed Motion to Extend Time to File Appellant's Reply Brief was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure via e-Filing, on June 29, 2015.

      /s/ Weston M. Davis
      **Weston M. Davis**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that counsel for ESG conferred with opposing counsel who indicated that his client does not oppose this motion.


      /s/ Weston M. Davis
**Weston M. Davis**